JURISDICTION OF JUSTICES OF THE SUPREME COURT AT CHAMBERS, IN CERTAIN CASES, AND THE POWERS OF COUNTY JUDGES.

THE POWER OF COUNTY SUPERINTENDENTS TO BIND OUT POOR CHILDREN, &c.

The following decision by Mr. Justice HARRIS of the 3d Judicial District, August 26, 1847, relates to the jurisdiction of justices of the supreme court at chambers, in cases of *habeas corpus*, and the power of county superintendents to bind out poor children. It also sustains and approves of the decision of Mr. Justice WILLARD, (see page 32,) as to the power of county judges to perform the duties of a justice of the supreme court at chambers.